Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 17−26168−VFP
                          Chapter: 13
                          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marc Robert Hueck                                     Caresse Patty Ann Hueck
   38 Overlook Avenue                                 38 Overlook Avenue
   Little Falls, NJ 07424                               Little Falls, NJ 07424

Social Security No.:
   xxx−xx−0002                                             xxx−xx−1338

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on February 5, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 5, 2018
JAN: jf

                                                            Jeanne Naughton
                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-26168-VFP
Marc Robert Hueck                                                     Chapter 13
Caresse Patty Ann Hueck
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Feb 05, 2018
                              Form ID: 148             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.
```
db/jdb        +Marc Robert Hueck,    Caresse Patty Ann Hueck,    38 Overlook Avenue,
                Little Falls, NJ 07424-1966
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
517149226     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516994045     +Berry Owens Center,    1150 St Nicolas  Ave.,   New York, NY 10032-3822
516994046      Brendan P. Sullivan MD FaCC LL,    Attn 14595K,    P.O. Box 14000,    Belfast, ME 04915-4033
516994047     +Chase Mtg,    P.o. Box 24696,    Columbus, OH 43224-0696
516994048     +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                Saint Louis, MO 63179-0040
516994049     +Citibank North America,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
516994050     +Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
516994051     +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                St Louis, MO 63179-0040
516994052     +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                S Louis, MO 63179-0040
517212669      JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                Mail Code LA4-5555,    700 Kansas Lane,    Monroe LA 71203-4774
516994054     +North Jersey Pathology,    P.O. Box 144333,    Orlando, FL 32814-4333
516994055     +ST. Joseph Medical Center,    P.O. Box 532866,    New York, NY 10087-0001
517062183     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 05 2018 23:27:23      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 05 2018 23:27:20      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Feb 05 2018 23:04:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                Valerie Smith,    PO BOX 41021,    Norfolk, VA 23541-1021
517103474      EDI: BECKLEE.COM Feb 05 2018 23:03:00      American Express Centurion Bank,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516994043     +EDI: AMEREXPR.COM Feb 05 2018 23:04:00      Amex,    Correspondence,    Po Box 981540,
                El Paso, TX 79998-1540
516994044      EDI: BANKAMER.COM Feb 05 2018 23:04:00      Bank Of America,    Po Box 982238,
                El Paso, TX 79998
516994053     +E-mail/Text: csocha@greateralliance.org Feb 05 2018 23:28:11      Greater Alliance Fcu,
                40 W Century Rd,    Paramus, NJ 07652-1454
517187555      EDI: RESURGENT.COM Feb 05 2018 23:04:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517127334      EDI: PRA.COM Feb 05 2018 23:03:00      Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,
                POB 41067,    Norfolk VA 23541
517108019      EDI: PRA.COM Feb 05 2018 23:03:00      Portfolio Recovery Associates, LLC,    c/o JC Penney,
                POB 41067,    Norfolk VA 23541
517101168      EDI: PRA.COM Feb 05 2018 23:03:00      Portfolio Recovery Associates, LLC,    c/o Toysrus,
                POB 41067,    Norfolk VA 23541
516994056     +EDI: RMSC.COM Feb 05 2018 23:04:00      Syncb/toysrusdc,    Attn: Bankrupty,    Po Box 103104,
                Roswell, GA 30076-9104
516995768     +EDI: RMSC.COM Feb 05 2018 23:04:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
516994057     +EDI: RMSC.COM Feb 05 2018 23:04:00      Synchrony Bank/ JC Penneys,    Po Box 965064,
                Orlando, FL 32896-5064
516994058     +EDI: RMSC.COM Feb 05 2018 23:04:00      Synchrony Bank/Care Credit,    Po Box 965064,
                Orlando, FL 32896-5064
517237321     +E-mail/Text: bncmail@w-legal.com Feb 05 2018 23:27:30      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516994060      EDI: TFSR.COM Feb 05 2018 23:03:00      Toyota Motor Credit Co,    Toyota Financial Services,
                Po Box 8026,    Cedar Rapids, IA 52408
516994059     +EDI: WTRRNBANK.COM Feb 05 2018 23:04:00      Target,    C/O Financial & Retail Services,
                Mailstop BT PO Box 9475,    Minneapolis, MN 55440-9475
516994061     +EDI: WFFC.COM Feb 05 2018 23:04:00      Wells Fargo,    P.O. Box 31557,    Billings, MT 59107-1557
516994062     +EDI: WFFC.COM Feb 05 2018 23:04:00      Wells Fargo Bank,    P.O. Box 14411,
                Des Moines, IA 50306-3411
517109293      EDI: WFFC.COM Feb 05 2018 23:04:00      Wells Fargo Bank, N.A.,    1 Home Campus  X2303-01A,
                Des Moines, IA 50328-0001
                                                                                               TOTAL: 21
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Feb 05, 2018
                               Form ID: 148             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:

```
              Brian C. Nicholas    on behalf of Creditor   Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Leonard S Singer    on behalf of Debtor Marc Robert Hueck zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S Singer    on behalf of Joint Debtor Caresse Patty Ann Hueck zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 9
```