Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17–26168–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Marc Robert Hueck | Caresse Patty Ann Hueck |
| 38 Overlook Avenue | 38 Overlook Avenue |
| Little Falls, NJ 07424 | Little Falls, NJ 07424 |

Social Security No.:
  xxx–xx–0002                         xxx–xx–1338

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie–Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 6, 2018                    Vincent F. Papalia
                                       Judge, United States Bankruptcy Court